OPINION — AG — ** OKLAHOMA BLOOD EXCHANGE COUNCIL — FINANCIAL RESPONSIBILITY ** (1) PURSUANT TO 63 O.S. 2161 [63-2161] ET SEQ., THE BLOOD EXCHANGE COUNCIL IS 'NOT' AN ADVISORY BODY TO THE COMMISSIONER OR BOARD OF HEALTH, BUT RATHER AN INDEPENDENT PUBLIC BODY EXCLUSIVELY CHARGED WITH IMPLEMENTING THE BLOOD EXCHANGE ACT. (2) THE BLOOD EXCHANGE ACT DOES 'NOT' REQUIRE THE STATE DEPARTMENT OF HEALTH TO BE FISCALLY RESPONSIBLE FOR THE COST OF OPERATION OF THE BLOOD EXCHANGE COUNCIL BUT RATHER, THE COUNCIL ITSELF IS RESPONSIBLE FOR SAID COSTS FROM WHATEVER SOURCE OR APPROPRIATIONS THE LEGISLATURE MAY PROVIDE. (POWERS, DUTIES, MEDICAL, TRAVEL, PER DIEM, REIMBURSEMENT, PUBLIC FUNDS) CITE: 63 O.S. 1-111 [63-1-111], 63 O.S. 1-112 [63-1-112], 63 O.S. 1-120 [63-1-120] 63 O.S. 1-537 [63-1-537], 63 O.S. 1-537 [63-1-537] 63 O.S. 1-1923 [63-1-1923], 63 O.S. 330.79 [63-330.79] 63 O.S. 330.80 [63-330.80] [63-330.80], 63 O.S. 2161 [63-2161], 63 O.S. 2164 [63-2164] [63-2164], 63 O.S. 2165 [63-2165], 63 O.S. 931 [63-931] [63-931], 10 O.S. 601.1 [10-601.1], 72 O.S. 358 [72-358] [72-358], 74 O.S. 500.15 [74-500.15], 74 O.S. 500.2 [74-500.2] [74-500.2](A), 82 O.S. 932 [82-932] (PATRICIA REDD DEMPS)